IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LUKE PREACHER,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Case Nos.  CR-00-64-E-BLW<br>                 CV-03-108-E-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 37 in CR-00-64-E-BLW) filed by LUKE PREACHER is DENIED and Case No. CV-03-108-E-BLW is DISMISSED.

DATED: **July 27, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**